IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:20-CV-386

| | |
|---|---|
| THE UNITED STATES *ex rel.* TONYA COOK, BRINGING THIS ACTION ON BEHALF OF THE UNITED STATES OF AMERICA AND THE STATE OF NORTH CAROLINA,<br><br>Plaintiffs,<br><br>v.<br><br>WAKE FOREST BAPTIST MEDICAL CENTER; WAKE FOREST BAPTIST HEALTH; NORTH CAROLINA BAPTIST HOSPITAL; WRMC HOSPITAL OPERATING CORPORATION; TOWN OF NORTH WILKESBORO,<br><br>Defendants. | NOTICE OF SETTLEMENT |

_____

Plaintiff/Relator, Tonya Cook notifies the Court that the above-captioned parties have executed a settlement agreement to resolve all issues in this matter. Upon Defendants Wake Forest University Baptist Medical Center's payment to the United States of an amount established in the Settlement Agreement, Plaintiff will file a dismissal of this matter with the consent of the United States and the State of North Carolina.

Respectfully submitted this the 14th day of February 2023.

/s/ Benjamin P. Winikoff
Benjamin P. Winikoff (49625)
*Attorney for Plaintiff/Relator*
Elliot Morgan Parsonage, PLLC
426 Old Salem Road
Winston-Salem, NC 27101
(336) 724-2828
bpwinikoff@emplawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2023, I caused a copy of the foregoing document filed electronically via the Court's ECF filing system to all counsel in this case.

/s/ Benjamin P. Winikoff
Benjamin P. Winikoff (49625)
*Attorney for Plaintiff/Relator*
Elliot Morgan Parsonage, PLLC
426 Old Salem Road
Winston-Salem, NC 27101
(336) 724-2828
bpwinikoff@emplawfirm.com